UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| MARGARET FLOURNOY, | ) NO. CV 06–7798 PA (FFM) |
| Petitioner, | ) |
| | ) JUDGMENT |
| v. | ) |
| DEBRA PATRICK, Warden, | ) |
| Respondent. | ) |

Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is dismissed with prejudice.

DATED: January 10, 2011

PERCY ANDERSON
United States District Judge